BRIAN R. SCIACCA, ESQ.   State Bar Number 235045
brian@ieplaw.com
Brian R. Sciacca
Attorney at Law
34052 La Plaza Suite 206
Dana Point, CA 92629
Ph: (949) 371-9788
Fax: (888) 775-4077

**FILED**
MAY 23 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Attorneys for Plaintiffs
S.C. a minor, by his parents,
C.C. and S.C., as his next friends

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C. a minor, by his parents, C.C. and S.C., as his next friends,<br><br>Plaintiffs,<br>vs.<br><br>Palo Alto Unified School District,<br><br>Defendant. | Case Number:<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioners state as follows:

1. We are the Parents of Plaintiff, ("S.C."), a minor of the age of 11 years.

2. We have commenced an action in this Court against the Palo Alto Unified School District on behalf of S.C. The purpose of this action is to assert S.C.'s rights under the Individuals with Disabilities Education Improvement Act ("IDEIA"), as amended, 20 U.S.C. § 1400 et seq.

3. S.C. has no general guardian and no previous petition for appointment of guardians ad litem has been made.

4. We, C⸻ and S⸻ C⸻, reside at the address of 420 James Road #12, Palo Alto, CA 94306. We are competent and responsible people, and fully competent to act as S.C.'s guardians ad litem.

5. We, C⸻ and S⸻ C⸻, are willing to act as guardians ad litem for petitioner, as appears by our consent attached hereto.

WHEREFORE, petitioners move the court for an order appointing us, C⸻ and S⸻ C⸻, as guardians ad litem for the minor child S.C., for the purpose of bringing action against Palo Alto Unified School District on the claim herein above stated and defending against counterclaims which may be brought by the Palo Alto Unified School District.

DATED:   February 22, 2014         s/Brian Sciacca
                                    BRIAN R. SCIACCA, ESQ.
                                    Brian R. Sciacca
                                    Attorney at Law
                                    Attorney for Plaintiffs
                                    S.C. a minor, by his parents,
                                    C.C. and S.C., as his next friends

## CONSENT OF NOMINEE

We, Charles and Susan Christofilis, the nominees, having brought this petition on our son's behalf, consent to act as guardians ad litem for the minor plaintiff in the above action.

DATED:_____                 _____
                                                              /C.C.

DATED:_____                 _____
                                                              /S.C.

4. We, C[...] and S. C[...], reside at the address of 420 James Road #12, Palo Alto, CA 94306. We are competent and responsible people, and fully competent to act as S.C.'s guardians ad litem.

5. We, C[...] and S C[...], are willing to act as guardians ad litem for petitioner, as appears by our consent attached hereto.

WHEREFORE, petitioners move the court for an order appointing us, C[...] and S C[...], as guardians ad litem for the minor child S.C., for the purpose of bringing action against Palo Alto Unified School District on the claim herein above stated and defending against counterclaims which may be brought by the Palo Alto Unified School District.

DATED:                                   _____
                                         BRIAN R. SCIACCA, ESQ.
                                         Brian R. Sciacca
                                         Attorney at Law
                                         Attorney for Plaintiffs
                                         S.C. a minor, by his parents,
                                         C.C. and S.C., as his next friends

## CONSENT OF NOMINEE

We, Charles and Susan Christofilis, the nominees, having brought this petition on our son's behalf, consent to act as guardians ad litem for the minor plaintiff in the above action.

DATED: FEB 21, 2014

                                                                    C.C.

DATED: Feb. 21, 2014

                                                                    /S.C.

**ORDER**

C.C. and S.C. are hereby appointed as guardians ad litem for plaintiff S.C. for the purpose of pursuing this action on their son's behalf.

DATED: 5/23/, 2014

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
HOWARD R. LLOYD