UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.C., a minor, by his parents, C.C. and S.C., as next friends,<br><br>    Plaintiff,<br><br>    v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 5:14-cv-00980 HRL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR BY PHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff's counsel requests leave to appear by phone at the initial case management conference, stating that he is a sole practitioner located outside this judicial district. That request is granted. Counsel shall arrange for his appearance via CourtCall, 866-582-6878.

**SO ORDERED**.

Dated: July 2, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-00980-HRL Notice has been electronically mailed to:

Brian Richard Sciacca     brian@ieplaw.com

David Reis Mishook     dmishook@fagenfriedman.com, sstrickland@fagenfriedman.com

Kimberly Anne Smith     ksmith@fagenfriedman.com, khriczo@fagenfriedman.com

Melanie Diane Larzul Seymour     mseymour@fagenfriedman.com, jforrette@f3law.com, plarson@f3law.com